```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - -X
                                        :
UNITED STATES OF AMERICA                :
                                        :
        - v. -                          :
                                        :   GOVERNMENT'S FORFEITURE
MARIO ALVARENGA,                        :   BILL OF PARTICULARS
AMIR MEIRI,                             :
RAJESH MADDIWAR,                        :   S3 15 Cr. 627 (ER)
SAMANTHA BOUBERT,                       :
CHRISTINE MAHARAJ, and                  :
OWEN REID,                              :
                                        :
            Defendants.                 :
- - - - - - - - - - - - - - - - - - - -X
```

Pursuant to United States v. Grammatikos, 633 F.2d 1013, 1024 (2d Cir. 1980), the Government respectfully gives notice that the property subject to forfeiture as a result of the commission of the offenses described in Counts One through Five of the Superseding Indictment, as alleged in the Forfeiture Allegations, includes but is not limited to the following:

1. All that lot or parcel of land, together with its buildings, appurtenances, improvements, fixtures, attachments and easements, located at 189-10 Hillside Avenue, Hollis, New York;

2. All that lot or parcel of land, together with its buildings, appurtenances, improvements, fixtures, attachments and easements, located at 23 Martin Court, Great Neck, NY 11024;

3. All that lot or parcel of land, together with its buildings, appurtenances, improvements, fixtures, attachments and easements, located at 1588 Eastern Parkway, Brooklyn, NY 11233;

4. All that lot or parcel of land, together with its buildings, appurtenances, improvements, fixtures, attachments and easements, located at 1586 Eastern Parkway, Brooklyn, NY 11233;

5. All that lot or parcel of land, together with its buildings, appurtenances, improvements, fixtures, attachments and easements, located at 127 Herkimer Street, Brooklyn, NY 11216;

6. All that lot or parcel of land, together with its buildings, appurtenances, improvements, fixtures, attachments and easements, located at 101 Rogers Ave, Brooklyn, NY 11216;

7. All that lot or parcel of land, together with its buildings, appurtenances, improvements, fixtures, attachments and easements, located at 163 Madison Street, Brooklyn, NY 11216;

8. All that lot or parcel of land, together with its buildings, appurtenances, improvements, fixtures, attachments and easements, located at 531 Halsey Street, Brooklyn, NY 11233;

9. All that lot or parcel of land, together with its buildings, appurtenances, improvements, fixtures, attachments and easements, located at 454 Willoughby Ave, Brooklyn, NY 11206;

10. All that lot or parcel of land, together with its buildings, appurtenances, improvements, fixtures, attachments and easements, located at 966 East 49th Street, Brooklyn, NY 11203;

11. All that lot or parcel of land, together with its buildings, appurtenances, improvements, fixtures, attachments and easements, located at 1722 Utica Ave, Brooklyn, NY 11234;

12. All that lot or parcel of land, together with its buildings, appurtenances, improvements, fixtures, attachments and easements, located at 11 Cooper Street, Brooklyn NY 11207;

13. All that lot or parcel of land, together with its buildings, appurtenances, improvements, fixtures,

attachments and easements, located at 157 Lenox Road, Brooklyn, NY 11226;

14. All that lot or parcel of land, together with its buildings, appurtenances, improvements, fixtures, attachments and easements, located at 124 Lott Ave Brooklyn NY 11212;

15. All that lot or parcel of land, together with its buildings, appurtenances, improvements, fixtures, attachments and easements, located at 161 Lenox Road, Brooklyn, NY 11266;

16. All that lot or parcel of land, together with its buildings, appurtenances, improvements, fixtures, attachments and easements, located at 541 Lafayette Ave, Brooklyn, NY 11205;

17. All that lot or parcel of land, together with its buildings, appurtenances, improvements, fixtures, attachments and easements, located at 1017 President Street, Brooklyn, NY 11225;

18. All that lot or parcel of land, together with its buildings, appurtenances, improvements, fixtures, attachments and easements, located at 964 East 107th Street, Brooklyn, NY 11236;

19. All that lot or parcel of land, together with its buildings, appurtenances, improvements, fixtures, attachments and easements, located at 1471 New York Ave, Brooklyn, NY 11210;

20. All that lot or parcel of land, together with its buildings, appurtenances, improvements, fixtures, attachments and easements, located at 5316 Ave L, Brooklyn, NY 11234;

21. All that lot or parcel of land, together with its buildings, appurtenances, improvements, fixtures, attachments and easements, located at 644 Chauncey Street, Brooklyn, NY 11207;

22. All that lot or parcel of land, together with its buildings, appurtenances, improvements, fixtures, attachments and easements, located at 2146-2148 Fulton Street, Brooklyn NY 11233;

23. All that lot or parcel of land, together with its buildings, appurtenances, improvements, fixtures, attachments and easements, located at 892 Linden Blvd, Brooklyn, NY 11203;

24. All that lot or parcel of land, together with its buildings, appurtenances, improvements, fixtures, attachments and easements, located at 963 East 95th Street, Brooklyn, NY 11236;

25. All that lot or parcel of land, together with its buildings, appurtenances, improvements, fixtures, attachments and easements, located at 1547 Fulton Street, Brooklyn, NY 11216;

26. All that lot or parcel of land, together with its buildings, appurtenances, improvements, fixtures, attachments and easements, located at 78 Clermont Ave, Brooklyn, NY 12205;

27. All that lot or parcel of land, together with its buildings, appurtenances, improvements, fixtures, attachments and easements, located at 575 Eastern Parkway Brooklyn, NY 11216;

28. All that lot or parcel of land, together with its buildings, appurtenances, improvements, fixtures, attachments and easements, located at 329 Herkimer Street, Brooklyn, NY 11216;

29. All that lot or parcel of land, together with its buildings, appurtenances, improvements, fixtures, attachments and easements, located at 184 Bristol Street, Brooklyn, NY 11212;

30. All that lot or parcel of land, together with its buildings, appurtenances, improvements, fixtures, attachments and easements, located at 1602 East 49th Street, Brooklyn, NY 11234;

31. All that lot or parcel of land, together with its buildings, appurtenances, improvements, fixtures, attachments and easements, located at 326 Decatur Street, Brooklyn, NY 11233;

32. All that lot or parcel of land, together with its buildings, appurtenances, improvements, fixtures, attachments and easements, located at 329 Beach 45th Street, Far Rockaway, NY 11691;

33. All that lot or parcel of land, together with its buildings, appurtenances, improvements, fixtures, attachments and easements, located at 114-30 205th Street, St. Albans, NY 11412;

34. All that lot or parcel of land, together with its buildings, appurtenances, improvements, fixtures, attachments and easements, located at 189-05 Dormans Road, St. Albans, NY 11412;

35. All that lot or parcel of land, together with its buildings, appurtenances, improvements, fixtures, attachments and easements, located at 58-35 78th Ave, Ridgewood, NY 11385;

36. All that lot or parcel of land, together with its buildings, appurtenances, improvements, fixtures, attachments and easements, located at 3637 Holland Ave, Bronx, NY 10567;

37. All that lot or parcel of land, together with its buildings, appurtenances, improvements, fixtures, attachments and easements, located at 3230 Bronx Blvd, Bronx, NY 10467;

38. $900,000 in United States currency from the proceeds of the sale of the real property located at 577 Madison Street, Brooklyn, NY 11221;

39. $970,000 in United States currency from the proceeds of the sale of the real property located at 1503 Bushwick Ave, Brooklyn, NY 11207;

40. $369,000 in United States currency from the proceeds of the sale of the real property located at 466 Chestnut Street, Brooklyn, NY 11208;

41. $204,563.15 in United States currency from the proceeds of the sale of the real property located at 1218 Saint Marks Ave, Brooklyn, NY 11213, which is currently being held in an escrow account;

42. $365,000 in United States currency from the proceeds of the sale of the real property located at 210 Sunnyside Ave, Brooklyn, NY 11207;

43. $430,000 in United States currency from the proceeds of the sale of the real property located at 1011 Lenox Road, Brooklyn, NY 11212;

44. $335,000 in United States currency from the proceeds of the sale of the real property located at 18 E. 95th Street, Brooklyn, NY 11212;

45. $945,000 in United States currency from the proceeds of the sale of the real property located at 332 Lefferts Ave, Brooklyn, NY 11225;

46. $465,000 in United States currency from the proceeds of the sale of the real property located at 1164 Halsey Street, Brooklyn, NY 11207;

47. $385,000 in United States currency from the proceeds of the sale of the real property located at 1417 Herkimer Street, Brooklyn, NY 11233;

48. Proceeds of the sale of the real property located at 5013 Ave I, Brooklyn, NY 11234;

49. Proceeds of the sale of the real property located at 222 Van Siclen Ave, Brooklyn, NY 11207;

50. $720,000 in United States currency from the proceeds of the sale of the real property located at 307 East 26th Street, Brooklyn, NY 11226;

51. $927,225 in United States currency from the proceeds of the sale of the real property located at 956 Montgomery Street, Brooklyn, NY 11213;

52. Proceeds of the sale of the real property located at 272 Milford Street, Brooklyn, NY 11208;

53. Proceeds of the sale of the real property located at 9502-04 Glenwood Road, Brooklyn, NY 11236;

54. $525,000 in United States currency from the proceeds of the sale of the real property located at 174 Schenectady Ave, Brooklyn, NY 11213;

55. $575,000 in United States currency from the proceeds of the sale of the real property located at 8 Norwood Ave, Brooklyn, NY 11208;

56. $387,000 in United States currency from the proceeds of the sale of the real property located at 111-23 174th Street, Jamaica, NY 11433;

57. $340,000 in United States currency from the proceeds of the sale of the real property located at 116-13 146th Street, Jamaica, NY 11436;

58. $87,547.53 in United States currency from the proceeds of the sale of the real property located at 111-15 209th Place, Queens Village, NY currently being held in an escrow account;

59. Any and all funds on deposit in TD Bank Account Number ending in 9437, held in the name of Launch Development Corporation;

60. Any and all funds on deposit in TD Bank Account Number ending in 1570, held in the name of Launch Development LLC;

61. Any and all funds on deposit in TD Bank Account Number ending in 4126, held in the name of Homeowner Assistance Services of NY Inc.;

62. Any and all funds on deposit in TD Bank Account Number ending in 4562, held in the name of HAR Property Management LLC;

Dated: New York, New York
May 9, 2016

Respectfully Submitted,

PREET BHARARA
United States Attorney

By: _____
JAIMIE L. NAWADAY
Assistant United States Attorney
Telephone: (212)637-2275

7