# MICHAEL L. SOSHNICK

*Attorney at Law*

190 WILLIS AVENUE
SUITE 112
MINEOLA, NEW YORK 11501

MICHAEL L. SOSHNICK
─────────
OF COUNSEL
JOHN LAWRENCE

TEL (516) 294-1111
FAX (516) 294-5465

May 24, 2016

Honorable Edgardo Ramos
United States District Court
Southern District of New York
1 Foley Square
New York, New York 10007

      Re:  *The United States of America v. Rajesh Maddiwar et al.*
           *Indictment No.: S1 15-cr-627 (ER)*

Dear Judge Ramos:

      I am the attorney for Rajesh Maddiwar, who is a co-defendant in indictment number S1 15-CR-627 (ER). Rather than reinvent the wheel, I am writing to join in the motion for a Bill of Particulars pursuant to FRCP Rule 7(f) filed by co-counsel Stephen P. Scaring. Accordingly, the same relief requested for the reasons cited on behalf of Amir Meiri is hereby requested on behalf of Rajesh Maddiwar, together with such further and/or additional relief that the court may deem fair, just, and reasonable.

      Thank you.

Respectfully submitted,

Michael L. Soshnick

MLS/ds