USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#
DATE FILED: 11/1/16

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - x
: 
UNITED STATES OF AMERICA : ORDER
:
    - v. - : S4 15 Cr. 627 (ER)
:
MARIO ALVARENGA, :
AMIR MEIRI, :
HERZEL MEIRI, :
RAJESH MADDIWAR, :
SAMANTHA BOUBERT, :
CHRISTINE MAHARAJ, and :
OWEN REID, :
:
    Defendants. :
                                  x
- - - - - - - - - - - - - - -

    Upon the application of the United States, by the United States Attorney for the Southern District of New York, Preet Bharara, by Assistant United States Attorneys Jaimie L. Nawaday and Andrew Thomas;

    It is found that the Fourth Superseding Indictment 15 Cr. 627 in the above-captioned action is currently sealed and the United States Attorney's Office has applied to have the Indictment unsealed, it is therefore,

    ORDERED that the Fourth Superseding Indictment 15 Cr. 627 in the above-captioned action be unsealed and remain unsealed pending further order of the Court.

Dated: New York, New York
October ~~27~~, 2016
28

_____
HONORABLE EDGARDO RAMOS
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK