MICHAEL L. SOSHNICK
*Attorney at Law*
190 WILLIS AVENUE
SUITE 112
MINEOLA, NEW YORK 11501

MICHAEL L. SOSHNICK

OF COUNSEL
JOHN LAWRENCE

TEL (516) 294-1111
FAX (516) 294-5465
MSOSHNICK@SOSHNICKLAW.COM

April 15, 2019

*Via Facsimile (212) 805-4051*

Honorable Edgardo Ramos
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

***Re: United States of America v. Rajesh Maddiwar***
***15 Cr. 627 (ER)***

Dear Judge Ramos:

I represent Rajesh Maddiwar in the above referenced matter. I write to request a 30 day adjournment of Mr. Maddiwar's April 23, 2019 sentencing due to the fact that defendant's pending post-verdict motion for a judgment of acquittal has not yet been decided. Accordingly, I am requesting May 23, 2019 or any day there after that may be convenient to the Court over the objection of the government.

Thank you for your consideration of this request.

Respectfully submitted,

Michael L. Soshnick

MLS/ds