# MICHAEL L. SOSHNICK
*Attorney at Law*
190 WILLIS AVENUE
SUITE 112
MINEOLA, NEW YORK 11501

MICHAEL L. SOSHNICK

OF COUNSEL
JOHN LAWRENCE

TEL (516) 294-1111
FAX (516) 294-5465
MSOSHNICK@SOSHNICKLAW.COM

June 12, 2019

*Via Facsimile (212) 805-4051*

Honorable Edgardo Ramos
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

**Re:  United States of America v. Rajesh Maddiwar**
      **15  Cr. 627 (ER)**

Dear Judge Ramos:

    I represent Rajesh Maddiwar in the above referenced matter.  I write to request a 30 day adjournment of Mr. Maddiwar's June 14, 2019 sentencing due to the fact that defendant's pending post-verdict motion for a judgment of acquittal has not yet been decided, and due to a previously scheduled  court appearance in Albany on June 14, 2019.  Accordingly, I am requesting June 21, 2019, July 2, 2019, July 12, 2019 ,  July 17, 2019 or any day there after that may be convenient to the Court. The government takes no position in regard to this matter.

Thank you for your consideration of this request.

Respectfully submitted,

Michael L. Soshnick

MLS/ds