USDC SDNY  
DOCUMENT  
ELECTRONICALLY FILED  
DOC # _____  
DATE FILED:  6/13/2019

# MICHAEL L. SOSHNICK
*Attorney at Law*

190 WILLIS AVENUE  
SUITE 112  
MINEOLA, NEW YORK 11501

MICHAEL L. SOSHNICK  
————  
OF COUNSEL  
JOHN LAWRENCE

TEL (516) 294-1111  
FAX (516) 294-5465  
MSOSHNICK@SOSHNICKLAW.COM

June 12, 2019

*Via Facsimile (212) 805-4051*

Honorable Edgardo Ramos  
United States District Court  
Southern District of New York  
40 Foley Square  
New York, NY 10007

> Sentencing is adjourned to July 19, 2019, at 11:00 a.m.
> SO ORDERED.
>
> _____
> Edgardo Ramos, U.S.D.J
> Dated:  6/13/2019
> New York, New York

Re:  United States of America v. Rajesh Maddiwar  
     15  Cr. 627 (ER)

Dear Judge Ramos:

   I represent Rajesh Maddiwar in the above referenced matter.  I write to request a 30 day adjournment of Mr. Maddiwar's June 14, 2019 sentencing due to the fact that defendant's pending post-verdict motion for a judgment of acquittal has not yet been decided, and due to a previously scheduled  court appearance in Albany on June 14, 2019.  Accordingly, I am requesting June 21, 2019, July 2, 2019, July 12, 2019 , July 17, 2019 or any day there after that may be convenient to the Court.  The government takes no position in regard to this matter.

Thank you for your consideration of this request.

Respectfully submitted,

Michael L. Soshnick

MLS/ds