# MICHAEL L. SOSHNICK
*Attorney at Law*
190 WILLIS AVENUE
SUITE 112
MINEOLA, NEW YORK 11501

MICHAEL L. SOSHNICK
———
OF COUNSEL
JOHN LAWRENCE

TEL (516) 294-1111
FAX (516) 294-5465
MSOSHNICK@SOSHNICKLAW.COM

July 11, 2019

Via Facsimile (212) 805-4051

Honorable Edgardo Ramos
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

                Re:  *United States of America v. Rajesh Maddiwar*
                     *15  Cr. 627 (ER)*

Dear Judge Ramos:

      I represent Rajesh Maddiwar in the above referenced matter.  I write to request an approximately 30 day adjournment of Mr. Maddiwar's July 19, 2019 sentencing due to the fact that defendant's pending  post-verdict motion for a judgment of acquittal has not yet been decided.  Accordingly, I am requesting  August 15, 2019, August 22, 2019, or the afternoon of August 23, 2019 or any day thereafter that may be convenient to the Court.  The government takes no position in regard to this matter.

Thank you for your consideration of this request.

                                      Respectfully submitted,

                                        Michael L. Soshnick

MLS/ds