# MICHAEL L. SOSHNICK
*Attorney at Law*
190 WILLIS AVENUE
SUITE 112
MINEOLA, NEW YORK 11501

**MEMO ENDORSED**

MICHAEL L. SOSHNICK

OF COUNSEL
JOHN LAWRENCE

TEL (516) 294-1111
FAX (516) 294-5465
MSOSHNICK@SOSHNICKLAW.COM

July 11, 2019

The pending motion will be resolved by Tuesday, July 16, 2019.

Via Facsimile (212) 805-4051

Honorable Edgardo Ramos
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

The application is ____ granted
                     _X_ denied

_____
Edgardo Ramos, U.S.D.J
Dated: __7/11/2019____
New York, New York

Re:  United States of America v. Rajesh Maddiwar
     15 Cr. 627 (ER)

Dear Judge Ramos:

I represent Rajesh Maddiwar in the above referenced matter.  I write to request an approximately 30 day adjournment of Mr. Maddiwar's July 19, 2019 sentencing due to the fact that defendant's pending  post-verdict motion for a judgment of acquittal has not yet been decided.  Accordingly, I am requesting  August 15, 2019, August 22, 2019, or the afternoon of August 23, 2019 or any day thereafter that may be convenient to the Court.  The government takes no position in regard to this matter.

Thank you for your consideration of this request.

Respectfully submitted,

Michael L. Soshnick

MLS/ds