Sergio Lopez
9252 Kennedy Blvd.
Apt 203
North Bergen, NJ 07047

Honerable Judge Edgardo Ramos
Thurgood Marshall Courthouse
40 Foley Square
New York, New York 10007

Dear Judge Ramos,                                                                                    April 4th, 2019

           Re: Rajesh Maddiwar

      My name is Sergio Lopez. I was employed by Raj Maddiwar as a paralegal from 2013 to 2016 as a certified Paralegal. I am now becoming a public servant as I am going into Virginia Beach police academy in June. While working with Raj Maddiwar, I have yet to have a boss as honest, kind hearted and generous as Raj Maddiwar. Knowing the character of Raj Maddiwar on a daily basis and observing the way he carried himself I can attest with certainty that he is of great moral character and scrupulous ethics.

      I worked for Mr. Maddiwar during his arrest and as he was shamed by public scourn for something that was not by his device. I suffered from his hardship as his practice was destroyed and as a result I had to seek other job opportunities. Raj Maddiwar also suffered greatly due to this ordeal as I personally observed.

      My job as a paralegal at the Law office of Raj Maddiwar was to process loan modifications, generate contracts and various legal documents. All work done at the at the law office of Raj Maddiwar was done in the right way. We took pride in our work and as we helped home owners retain their homes through loan modifications.

      Those that know Mr. Maddiwar personally are all pulling for him to receive a lenient sentence as everyone knows this couldn't of happened to a more honest person. In fact during my tenure at his office I can attest that he has turned down business from people that he did not think were honest or forth coming towards the interest of the homeowners.

      Please give Mr. Maddiwar the opportunity to continue to be an active member of society.

                                                                  Respectfully Yours,

                                                                  Sergio Lopez

# Raj Maddiwar

*Attorney at Law*

167-18 Hillside Avenue
Jamaica, NY 11432
Tel: 718-291-2100
Fax: 718-291-2369

March 9, 2019

Hon. Edgardo Ramos
Thurgood Marshall Courthouse
40 Foley Square
New York, NY 10007

    Re:        **RAJESH MADDIWAR**

Dear Judge Ramos:

    I am writing this letter to respectfully request leniency in my sentencing. I know some of the victims would feel that I do not deserve leniency. While I cannot go back in time and reverse my actions, I can assure you that this will not happen again.

    My responsibility as an attorney is to protect my clients. I am the first line of defense people have against fraudulent conduct. I am ashamed of myself for not being more vigilant in my representation of the homeowners. I am truly remorseful for the losses suffered by the victims and their pain and suffering.

    If I had done more work, I might have discovered and prevented the fraud that was being perpetrated against the homeowners. I severed all ties with the culprits of this fraudulent scheme when I found out that the homeowners were being deceived. I regret that I did not do more to protect the homeowners. Not one of the other defendants explained to me that they were making false representations to the victims.

    I have worked very, very, hard to get through law school and develop my law practice. I had to take student loans and work part time to pay my expenses while I was in school. I have had to overcome tremendous adversity to get my law license. It took years to develop my law practice and build a client base. As most attorneys, I had to figure out on my own how to actually practice law because it was not taught to me law school. I would not jeopardize my career to hurt anyone.

1

Whatever I did was not done with premeditation and criminal intent or knowledge of fraudulent conduct.

I never imagined coming out of law school that I would encounter fraudsters and fraudulent transactions. It is hard enough to just earn a reasonable living let alone investigate what people are doing outside of my office without my consent. I did not think that people would take advantage of others by false promises none of which was in writing.

It is extremely difficult to practice law. I had to learn how to practice only by getting involved and learning as I go along. I spent my entire 20 year career helping clients with their legal needs and my license has never been suspended or revoked. I have had only a few minor complaints filed against me many years ago, all of which were dismissed.

These closings are not representative of my character or the type of person I am and I would like you to consider all of this when it comes to my sentence. I would like the Court to also consider that I do not have a criminal background. I am also the only means of financial support for two small children.

I appreciate your thoughtfulness, respect and fairness throughout my trial. I was convicted and I intend to take full responsibility for my actions. My law practice has been completely destroyed and my reputation has been ruined as a result of my arrest and I have been completely humiliated. I will be disbarred as a result of my conviction and will forever be known as a corrupt attorney. As a result, I am actively exploring other careers which will prevent me from having contact with real estate brokers and avoid the same circumstances which occurred in this case.

I have suffered tremendously as a result of my arrest which occurred on May 22, 2015, almost 4 years ago. I want to move on from this ordeal and be a positive contributor to society. I hope you will take this into consideration and that my law license will be revoked. I will now have the herculean task of starting a completely new career. I ask for leniency that will ease the burden of starting a completely new profession while having to support two children.

I thank you for taking the time to read my letter and for considering my request for leniency.

                                                            Respectfully submitted,

                                                            [signature]

                                                            Raj Maddiwar, Esq.

# MICHAEL C. ADGES

ATTORNEY AT LAW
105 HILLSIDE AVENUE, SUITE D
WILLISTON PARK, NEW YORK 11596-2311
(516) 742-1741
Fax (516) 742-1857
michael@michaeladges.com
www.adgesesq.com

*Admitted in NY*

July 10, 2018

HON. EDGARDO RAMOS
Thurgood Marshall Courthouse
40 Foley Square
New York, NY 10007

RE: Raj Maddiwar
    Case No.: _____

Dear Judge Ramos:

It is respectfully requested that this letter be considered in mitigation of the severity of the sentence for the above-referenced Defendant.

Mr. Maddiwar is both a colleague and friend for over 18 years and a lawyer of character and integrity. He has served his clients well and has always endeavored to conduct himself in a manner that comports with the highest standards of the profession.

To be sure, he has made errors in the handling of client matters - but that only means he is human - it does not suggest that he is venal or motivated by money. He is known to be trustworthy and simply expects that others will be equally trustworthy. Unfortunately, this means that he has unwittingly made himself vulnerable to the nefarious motives of those who have little regard for the law or his reputation and professionalism.

Mr. Maddiwar has suffered through a hellish experience; justice is not served by punishing him severely. Rather, I respectfully submit that justice is best served with a side order of kindness and compassion. I ask that this honorable Court show mercy on Mr. Maddiwar and impose the lightest possible sentence.

Respectfully submitted,

Michael C. Adges

MCA:jag
July18-1

**VISCARDI, BASNER & BIGELOW, P.C.**
ATTORNEYS AT LAW
116-07 MYRTLE AVENUE
RICHMOND HILL, NY 11418
TEL. (718) 297-1717
FAX (718) 297-1794*
*FAX NOT FOR SERVICE OF PAPER
SALVATORE A. VISCARDI (1953-1991)

November 6, 2018

Hon. Edgardo Ramos
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

    Re: <u>**Rajesh Maddiwar**</u>
         <u>**Docket# S4 15 CR 627-003 (ER)**</u>

Dear Judge Ramos:

    I have known Raj Maddiwar for over 10 years and have worked with him to close numerous real estate transaction from a purchaser and seller perspective. Also, I know him as a Landlord/Tenant Litigator who is a genuine caring colleague.

    In fact I use him as a "per diem" attorney to close my real estate transactions when I have a scheduling conflict. I continued to use him even after his arrest because, I know him to be a straight forward attorney, interested in the clients well being.

    He is not an attorney who angles or schemes to take advantage of anyone, a client or fellow attorney. I truly do not believe his soul is predisposed to cheat, lie or steal from anyone, that is not the Raj that I know and continue to voluntarily choose to work with.

    He is a trusting person who desires to make his clients happy. Apparently, and very unfortunately his clients involved him in inappropriate activity. Although everyone is responsible for their own actions, Raj is not a danger to anyone.

    Based upon his character and good nature I request your ultimate decision not be harsh as to destroy him, but rather a result that is commensurate with his conduct yet will enable him to continue his future as a fair and honest person.

    Thank you your consideration of the above.

Very truly yours,

*[signature]*

Luke J. Bigelow, Esq.

*Robert Levy, Esq.*
*50 Glen Street- Suite 301*
*Glen Cove, New York 11542*
*(516) 759-2880*
*queenslawyer@aol.com*
*fax (516) 759-2882*

November 21, 2018

Raj Maddiwar, Esq.
167-18 Hillside Avenue
Jamaica, NY  11432

Re: Letter of Support

Dear Your Honor:

    I have known Raj Maddiwar since 1999 both personally and professionally.  He has always shown me to be of good character, and always exhibited a high degree of professionalism as a lawyer.

    Over the years I have asked Mr. Maddiwar to cover for me for legal matters that scheduling conflicts prevented me from attending. My clients were always satisfied with his efforts.

    Although I am not fully aware of the minute details of his case, I am confident that he was caught up in the wrongdoings of other actors in the offense and that he was not the architect or major contributor of any criminal acts.  It appears certain that he will lose the ability to practice law and losing that license is much more than just losing the ability to gain financial benefits.  You actually lose your very identity.  This is a punishment that is far worse than the monetary loss that he will suffer.

    I would hope that in considering his sentence you would take into account that this is a good man a good lawyer and a good father who made a terrible error in associating with other more culpable parties.

    Please be lenient when sentencing him.  If you have any questions, please contact me.

Respectfully yours,

Robert Levy

**JOSEPH A. ALTMAN, P.C.**
ATTORNEYS & COUNSELLORS-AT-LAW
951 Bruckner Blvd.
Bronx, New York 10459
Phone: (718) DA8-0422

FREDERICK P. ALTMAN (1928-1997)
JOSEPH A. ALTMAN*
*MEMBER NEW YORK, NEW JERSEY & FLORIDA BAR

fax: (718) 378-4898
e-mail: AltmanEsq@aol.com

*Service of papers will not be accepted via fax and/or e-mail.*

July 23, 2018

Hon. Edgardo Ramos
Thurgood Marshall Courthouse
40 Foley Square
New York, New York 10007

Re:   Raj Maddiwar, Esq.
      Docket No.: _____

Dear Justice Ramos:

As an attorney who has known Raj Maddiwar, Esq., for many years, I am writing on his behalf, so that the court can impose a sentence based upon as many facts as possible. That Raj Maddiwar, Esq., has always evidenced a high degree of competence and professional responsibility, in my prior transactions with him. Mr. Maddiwar has always been cooperative and courteous as well. Furthermore, I have witnessed firsthand his interaction with his own clients, and each side has shown the proper respect needed for a proper attorney-client relationship.

I have also spoken to Mr. Maddiwar throughout this criminal proceeding, wherein Mr. Maddiwar has always expressed remorse for his involvement, as well as great concern for the various homeowners. Unfortunately, we cannot move backwards, but only forward, and the prospect of a jail sentence, for Mr. Maddiwar, would not be a just and proper punishment. Mr. Raj Maddiwar will lose his law license, which he sacrificed to obtain, as well as ridicule and a loss of face with his peers, all of which have been important to Mr. Maddiwar, from the time I have known him. Mr. Maddiwar also must support two (2) children, wherein the children's mother, the ex-wife of Mr. Maddiwar, is not employed. Hence, Mr. Maddiwar must now try to find new employment to support his family, who have always depended upon their father and husband for the necessary support.

I fully understand the severity of the charges upon which there was a finding of guilt; however, the Court must also not lose sight of the good Mr. Maddiwar has done, and will continue to do, if given the opportunity, by this Court.

Respectfully submitted,

JOSEPH A. ALTMAN, P.C.


Joseph A. Altman, Esq.

Header: Case 1:15-cr-00627-ER Document 588 Filed 07/15/19 Page 8 of 10

# Richmond Hill Economic Development Council
Vishnu Mahadeo, Executive Director
127-21 Liberty Ave
Richmond Hill, NY 11419
Tel (347)484-0565

Reference:- Raj Raddiwar                                    Date:- 12/28/2018

Dear Hon. Judge Ramos,

    I am the Executive Director of the Richmond Hill Economic Development Council, EDHRHC. The purpose of the RHEDC is to assist people in the South Queens community with jobs and economic empowerment. We also endeavor to improve the lives of members of the community by implementing a variety of different programs and initiatives.

    I have known Raj Maddiwar since 2010. He has been an active participant in our meetings and programs. He has helped members of the community by assisting them with mentoring, tutoring and job placement. He has volunteered his time without compensation by training young men and women on the practice of law so that they might be able to work as paralegals in law offices and as title closers.

    When he notified me that he was convicted of a felony, I was completely astonished. I read the Press Release and could never imagine that he would defraud homeowners out of their houses. It is not in his character or nature to hurt innocent people. He has represented hundreds of people as an attorney since he was admitted and I am certain he would not intentionally deceive anyone in any fashion. It is clear that he was used by corrupt individuals to further a fraudulent scheme for their benefit. I do not believe that he intended to defraud anyone and I do not believe he profited from any fraud scheme.

    I am requesting that court consider the wishes of the NYC Indian community and grant leniency to Mr. Maddiwar and consider community service instead of incarceration. I am certain that he will contribute to the community in a variety of different means if given the opportunity.

Sincerely,

*Vishnu Mahadeo*

Vishnu Mahadeo,
President

 

# OM SAI MANDIR

45-11 Smart St., Flushing, NY-11355 ♦ Phone: (718) 461-0454 ♦ E-mail: info@omsaimandir.org

Non-Profit Organization
ID# 90-0152703.

Dear Honorable Judge Ramos:

I am the president of Om Sai Mandir, a Community Temple located in Flushing, Queens, New York. Lot of devotees from all walks of life in the united states attend and participate in our temple activies. Raj Maddiwar is also one of the active participant since 2008.

Mr.Maddiwar is well liked by all our devotees and he has helped members of the community by giving free legal advice and guided them by tutoring for the job placements. His selfless service is appreciated by all the community members.

Mr.Raj Maddiwar is a generous, charitable, helping and godfearing gentleman. But when I heard that he was accused of fruadulant activites in defruading homeowners out of their houses, I was surprised if he would ever do such a thing . As far as we know him , he would never hurt any body intentionally

I and NYC Indian community request the court and the Honorable Judge Ramos to be lenient to Mr. Maddiwar and consider community service instead of jail term. If given oppourunity, I'm certain that Mr.Maddiwar will contribute to our community in a varitey of different means.

Yours truly,

*Gangadhar Rao*

(Dr. Gangadhar Rao Chalasani, President)

Irene Yu-Dancygier
83 Farview Road
Carmel, NY 10512
845-531-2469

March 7, 2019

To whom it may concern:

My name is Irene Yu-Dancygier. I am a pharmacist with a bachelor's in pharmacy.

I first met Raj in college where we studied at SUNY Binghamton. We were in many of the same science classes which were required for pre-med students. Although he did not go on to medical school, I know he wanted to become an attorney to help people and enhance their lives. He genuinely had a strong interest in the Law and felt his skills worked better as an attorney rather than a physician.

Raj and I were part of a large group of friends in college who are still in touch to this day. He has always been known by all of us to be a caring and good person. I never observed him committing any act that would cause harm or pain in any way to others. I truly believe that he is a person of high moral and ethical character.

When I learned of his arrest, I was truly shocked. I never could believe he would deceive people for any type of financial gain. He is a person who wants to help people, not hurt people. He has represented me and my family members in the past and he truly reflected a strong passion for the practice of law. I truly believe he was used by fraudsters and did not knowingly participate in any fraud.

Raj has worked very hard to build a law practice which he created through hard work and dedication. I know he loves his two daughters very deeply and wants to be a part of their lives. He wants to provide a bright future for them. When I spoke to him about the criminal matter he expressed that he was not aware of any fraud being committed and expressed his innocence. He has also expressed sympathy and compassion for the victims.

I respectfully request leniency in his sentencing so that he may continue to be a person of good moral character who will help members of the community.

Sincerely,

Irene Yu-Dancygier