

Benjamin Dancygier, D.D.S.

February 28, 2019

Re:   RAJESH MADDIWAR

Dear Honorable Judge Ramos:

My name is Dr. Ben Dancygier, DDS. I have been a pediatric dentist since 1999. Raj Maddiwar and I have known each other since we were classmates at Forest Hills High School. We later became college roommates at SUNY Binghamton University from 1988-1989. Rajesh and I as well as our families have been close friends ever since. My whole family knows Raj and we have all used his legal services for both business and real estate closings. He worked very hard in representing us; we have referred others to use his services. Everyone we have referred has spoken highly of him. He is an honest person who cares about people.

Raj and I started off as pre-medical students in college. In high school we were in advance placement science classes. We volunteered at a local hospital as interns during the summer months because we thought it would give us insight into what being a physician would be like. Although he chose to be a lawyer rather than a physician, I definitely see him as a compassionate person who sincerely enjoys helping others in need.

Raj graduated with high Academic Honors from Binghamton University. I knew he would get accepted into law school and eventually work as an attorney. When he told me that he was arrested for deceiving people I was completely dismayed. I could never imagine him participating in such a fraud because it is not part of his nature. This is above and beyond his character. Raj has always been a very ethical person with a high level of integrity. He is an honest person with good character. He is a good father of two young girls who I know he cares tremendously about. His two young daughters are their only means of support. I know he would never jeopardize his license and cause pain and suffering on innocent people.

I am requesting leniency in Raj's sentencing. Having known Raj Maddiwar for as long and to the level I have I am convinced that he was taken advantage of by dishonest people who used his license for their own gain. He is a humble, sincere and good person. I request that he be given mercy in his sentencing so that he can continue to be a good citizen who will continue to contribute positively to society. I have spoken to Raj at length about the criminal case and he has expressed remorse and sorrow for the victims of the crime. He also indicated that he tried to help a few of the victims as best he could after he discovered they were defrauded.

Very truly yours,

Benjamin Dancygier, DDS

BOARD CERTIFIED

  

3630 Hill Blvd., Suite 101
Jefferson Valley, NY
914.245.7100

1557 Route 82, Suite 2
Hopewell Junction, NY
845.226.8577

office@valleypediatricdentistry.com

Giovanni Soto
5 Pine St.
Elmont NY 11003

Hon. Edgardo Ramos
Thurgood Mashall United States Courthouse
40 Foley Square
NY NY 10007

Dear Judge Ramos,

This letter is concerning Mr. Raj Maddiwar and my past experiences with him professionally and personally as a friend.

I have worked for several Real Estate investors and developers as well as owned several small properties in the New York City area for the past approximately 20 years. I have known Raj since before he became an attorney as a coworker and friend. As a coworker, I remember him doing things by the book and by the rules of the office. He was the one in the office to ask questions on issues that were "iffy", or appeared misleading.

Professionally, I have hired Raj as my counsel for buying, selling, or miscellaneous property and tenant issues many times. Raj has never hesitated in telling me if something was fishy, iffy or rosy. Raj was also candid in expressing his experience and abilities in a particular aspect of real estate. Despite the many years of working with him, I would still have to wait my turn in his office if I came in without an appointment. During those waiting periods I had chances to speak to other clients who were waiting and they would express how they were satisfied with his performance.

If I had a situation where there were conflict of issues with partners or otherwise he would turn it down. He would recommend other attorneys if he felt I was better served elsewhere.

As with anything or anyone else, there can always be small disagreements BUT overall, I always had or heard positive experiences by working with Raj. It is easy for me to say he has integrity, he is respectable, and if possible I would recommend him as both a friend and as a professional.

Sincerely,

Giovanni Soto

Vaughnette Suesser
158 Southampton Drive
Massapequa, NY 11758
516-456-8145

March 14, 2019

Hon. Edgardo Ramos
Thurgood Marshall Courthouse
40 Foley Square
New York, NY 10007

Re: RAJESH MADDIWAR

Dear Judge Ramos:

My name is Vaughnette Suesser. I have been a title closer since August 2003. I attend closings and notarize the closing documents such as deeds and mortgages after witnessing how they are signed. As part of my duties, I observe how attorneys review documents with buyers and sellers. I work for many title companies and I am also a licensed real estate agent.

As a title closer, it is only after I am sure the documents were properly explained to the client do I notarize the documents. If I feel that a person does not want to sign a document or does not appear to understand what they are signing I do not notarize the documents. I tell the title company not to record the documents and insure the transaction. I know Raj Maddiwar would never have mislead anyone in relation to any documents and if a person did not understand what they were signing he would not have allowed them to sign it.

I have done many closings with Raj Maddiwar since 2003. I know that he is an honest and ethical attorney. I have not had one incident with him where a person signed a document and then complained later that they did not know what they were signing or that they were deceived. He is a good lawyer that thoroughly explains documents to clients. Not one title closer or attorney has expressed that he is an unethical person or would attempt to defraud anyone. It does not seem part of his nature to purposefully deceive or hurt anyone.

I request that he be given leniency in his sentencing so that he can continue to be a good member of the community.

Yours truly,

Vaughnette Suesser

Scanned with CamScanner

Ajit Mansukhani
Woodhaven Realty Corp.
83-87 Woodhaven Blvd
Woodhaven, NY 11358
(P) 917-865-7470 (F) 516-616-7303

January 20, 2019

Hon. Edgardo Ramos
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

    **Re: Rajesh Maddiwar**

Dear Judge Ramos,

I am writing this letter concerning Mr. Maddiwar who I have known personally and professionally. As you are well aware that we had a severe recession about eight years ago and many homeowners faced difficulties in keeping up with their mortgage payments. I was one of them caught with some distressed properties including my home. I interviewed some 8 attorneys to select someone who I thought would be the best choice to save my home and found Mr. Maddiwar to be the most compassionate and caring attorney who could help me save my house.

Mr. Maddiwar diligently structured my mortgage in detail and represented me at the modification conferences. He diligently and relentlessly pursued a modification after 8 adjournment seeking the best solution for me to save my home. He was finally successful in his 9th attempt and got me a modification at a rate of 3% for 20 years which enabled me to peacefully retire at the age of 70 instead of losing my property.

Throughout our ordeal, which lasted over 10 months, Mr. Maddiwar conducted himself very professionally and with compassion, never exploiting our very vulnerable position and working out a very reasonable payment plan. We have recommended him to many of our contacts who have had total satisfaction from the services rendered by him.

I was therefore shocked and dismayed to hear of Mr. Maddiwar guilty verdict which I feel could largely be due to some unscrupulous predators who wrongfully represented themselves as part of his office to get business and unjust enrichment which Mr. Maddiwar was definitely not a party to. Therefore, your honor, I am humbly requesting you for leniency of treatment for Mr. Maddiwar who has no previous record to enable him to come back and take care of his two young daughters who he could guide to a successful career.

Sincerely,

Ajit Mansukhani     JAN 20, 2019

B.P. Properties, Inc.
59-33 48th Avenue
Woodside, NY 11377
516.749.1756

March 28, 2019

HON. EGARDO RAMOS
Thurgood Marshall Courthouse
40 Foley Square
New York, NY 10007

RE:   Rajesh Maddiwar
      Docket No.: S4 15 CR 627-003 (ER)

Your Honor,

This letter is in support of leniency in the sentencing of Rajesh Maddiwar.

My name is Rajesh Sheth, Vice President of BP Properties, a real estate investment company established in 1999. I have known Rajesh, first professionally and then socially, for nearly 20 years.

I met Rajesh when working for another real estate investment company, and a friendship quickly developed. His intelligence, good-natured sense of humor and humility made him a favorite among peers, subordinates and supervisors alike. I remember being impressed when I learned he was working full-time and studying to be a lawyer by night. In fact, I was with Rajesh the day he passed the bar exam, and remember how understandably proud he was. Throughout my association with Rajesh, I know him to be an industrious, conscientious, considerate, and competent professional committed to his clients.

I am aware of the events regarding Rajesh's conviction, and I certainly believe that Your Honor will be judicious in meting out appropriate punishment. I simply wish to underscore my sincere belief that Rajesh has already suffered extensively for his actions. He will lose his hard earned law license, and he has lost credibility in the public eye, and I believe he is truly despondent regarding what he has put his family through. His is a good family. Rajesh's father, mother, and two young daughters will all suffer the societal and financial consequences of his actions, but may be spared emotional trauma should Your Honor so mandate.

I believe that the suffering of his family, his loss of accreditation for his vocation, and the loss of respect in the community, as well as those freedoms that he was afforded prior to his felony conviction have pained Rajesh sufficiently so as to render him incapable of any malicious thought much less carrying out any illegal activity.

Thank you for your consideration.

Respectfully,

Rajesh Sheth

**Behnam Kahen**

183-07 Union Turnpike
Flushing N.Y 11366
Phone: 718-479-1500  Fax: 718-479-1502
E-Mail: ben@kahenlaw.com

March 14, 2019

Hon. Edgardo Ramos
Thurgood Marshall Courthouse
40 Foley Square
New York, NY 10007

Re: RAJESH MADDIWAR

Dear Judge Ramos:

The purpose of this letter is to request leniency in the sentencing of my friend and colleague Raj Maddiwar.

I have known Raj Maddiwar for almost twenty years. I have been an attorney since 1999. I have done a lot of closings with Raj where I represented mostly seller. I have always observed him to be a meticulous attorney who connects well with his clients, and he does a good job reviewing documents at the closings and explain the same to his client. He cared about his clients and has always looked out for the best interests of his clients.

In most of my closings, Raj was the buyer attorney while I was the seller attorney. If there were any issues that would undermine or compromise the interest of his client, he would demand that the closings be adjourned until the problem was rectified. He would make sure that his client check the houses before the closings so they knew if any repairs were needed. His clients knew or he would explain to them all the detail and they knew all closings costs. I remember Several years ago in one of our closing, I made mistake in my adjustments, he immediately brought to my attention, otherwise it cost me a long time to correct it.

In the light of the foregoing, I do not believe that he deliberately tried to deceive any of the clients which were the subject of the criminal matter. I was very shocked when I heard the news of his arrest. In my considered opinion Mr. Maddiwar is an excellent attorney and a good person who always tries to help others. I understand he may lose his license as a result of what occurred which will cause an incredible amount of pain and suffering to him and his family. I respectfully request that he be given leniency so that he can support himself and his two children.

Yours,

Behnam Kahen Esq

Janice May
220-19 93rd Ave.
Queens Village, NY 11428
(718)578-9196

Hon. Edgardo Ramos
Thurgood Marshall Courthouse
40 Foley Sq.
New York, NY 10007

Re:  Rajesh Maddiwar

Dear Judge Ramos:

My name is Janice May and I have known Raj Maddiwar for a few years. Raj and I have worked together on several closings over the years. The closings that we did were all by the book and Raj explained everything explicitly as far as I'm aware. I don't know that Raj has ever intentionally misled or mis-represented any client or customer. Raj has always been an honest and ethical attorney and went to great lengths to respect those whom he represented at the closings and gave them professional advice.

Raj's family will suffer tremendously without him and I know he will lose his law license as result of this case. Please Judge Ramos, I hope and pray that the court can find it in their heart to show leniency and compassion for a man who has never been in trouble in his career before.

Sincerely,

Janice May

Janice May

# DeGaetano Law Office, PC

393 Jericho Turnpike, Suite 208
Mineola NY 11501
(516) 622-0686

July 18, 2018

HON. EDGARDO RAMOS
Thurgood Marshall Courthouse
40 Foley Square
New York, NY 10007

Re:     Rajesh Maddiwar, Esq.

Hon. Edgardo Ramos:

    I am writing in regard to the referenced attorney, Rajesh Maddiwar. I have known Mr. Maddiwar professionally for approximately 18 years. In that time, I have had many instances to observe Mr. Maddiwar's professional conduct and personal ethics. I have found him to be an individual of high moral character who works diligently for his clients.

    I am writing to encourage you to take the foregoing in to consideration in his sentencing. If you have any questions, please do not hesitate to contact the undersigned.

Very truly yours,

DeGAETANO LAW OFFICE, PC

By: _____

Encl.

B.R. Maddiwar
108 Sterling Court
Syosset, NY 11791

Thurgood Marshall United States Courthouse
Hon. Edgardo Ramos
40 Foley Square
New York, NY 10007

    Re:   Rajesh Maddiwar

Dear Honorable Judge Ramos:

This is an appeal for leniency from Balkrishna Maddiwar, father of Rajesh Maddiwar who was found guilty by a Jury on June 27, 2018.

I respect our judicial system and the verdict of the Jury but I adamantly feel that my son was wrongfully convicted. I know my son is an innocent man who would never intentionally harm anyone with criminal intent.

Ever since I learned on May 21, 2015 that my son was arrested, I have been mentally and physically ill, despondent and very worried. I have been suffering from sleeplessness and stress. My son has experienced torture as a result of attending what he felt were routine real estate closings. He was used for his law license by unscrupulous individuals.

I arrived in the United States of America in 1963 and I am a 79 years old citizen of the United States of America. I have been married for over 51 years and have 3 children all of whom are professionals. My younger son is a Speech Pathologist who works with mentally handicapped children at a children's hospital in Ohio. My daughter is an Occupational Therapist who works at a school in New Jersey. I am an Occupational Therapist by profession and worked much of my career with mentally ill children at Creedmoor Hospital in Queens. None of us have criminal records and are law abiding citizens. I have raised all of my children to help others which Rajesh thought he was doing when he conducted these closings. He was

taken advantage of by dishonest people and did not understand that there was fraud.

My son is an honest, hard working and caring person. As a result of his conviction, he will lose his law license. My wife and I worked very hard to put Rajesh through law school and becoming an attorney was his life's dream. I respectfully request leniency so that he may support his two children and pursue an alternate career.

Additionally, I am in failing health due to my age. I need the assistance of my son Rajesh to help me perform routine daily functions. I cannot rely on my other two children since they live far away. I will not be able to manage without his support.

My wife and I wanted to attend the trial but we have mobility issues. Rajesh did not want us to bear witness to the trial as it would have caused physical strain and it would have been a very emotional experience. I beg you to show mercy on my son.

Thank you,

B.R. Maddiwar

AMOL MADDIWAR

2726 Edroy Court

Cincinnati, Ohio 45209

July 9, 2018

Honorable Edgardo Ramos

Thurgood Marshall United States Courthouse

40 Foley Square

New York, NY 10007

Re:   **RAJESH MADDIWAR**

Dear Honorable Edgardo Ramos:

My name is Amol Maddiwar, brother of Rajesh Maddiwar, Esq. I write this letter on behalf of my brother and vouch as to his character and integrity. I work as a speech language pathologist in a hospital and have been practicing for over 7 years. Prior to entering the the field of speech pathology, I experienced hardship with admission. My brother played an instrumental role in providing me with guidance and assistance in gaining admission to graduate school.

My brother has worked very hard to obtain his law license. I witnessed how hard he studied through law school and for the Bar examination. Working in the health care industry, I can attest to my brother's service to his clients. He cares about people and his clients. My brother has been practicing as an attorney for nearly 20 years. He has gained the respect and repeat business from loyal clients.

I was able to provide assistance in my brother's law office 10 years ago. During the time I worked at my brother's practice, I have not witnessed my brother participate in any unethical or fraudulent conduct. We assisted people who were in foreclosure by succesfully providing foreclosure defense services and loan modifications. He has always been fully committed to serving his clients and works long hours to ensure that his clients' best interests are being met. He is an honest attorney who is dedicated to his clients.

Along with being fully dedicated to his clients, my brother is a devoted father and caregiver to his two kids. He is a loving father and also devoted to his family. He is always available to help and assist others during a time of need. The purpose of this letter is help provide some insight and a different perspective of my brother Raj Maddiwar. I am asking if you could please extend leniency towards my brother when he is being sentenced.

Regards,

Amol Maddiwar