USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #_____
DATE FILED: __7/16/2019__

UNITED STATES OF AMERICA
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-against-

RAJESH MADDIWAR,

                Defendant.

**ORDER**

15-cr-627 (ER)

Ramos, D.J.:

    For the reasons to be set forth on the record at the time of sentencing on Friday, July 19, 2019, Defendant's motion for a new trial or for a judgment of acquittal pursuant to Federal Rules of Criminal Procedure 33 and 29, respectively, are DENIED.

    It is SO ORDERED.

Dated: July 16, 2019
       New York, New York

_____
Edgardo Ramos, U.S.D.J.